IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.  09-35700 |
| JOHN HERBER BRENNEMAN | ) | S.S.# xxx-xx-6171 |
| | ) | |
| Debtor. | ) | Chapter 7 Bankruptcy |

**NOTICE TO CENTENNIAL WIRELESS
THAT $6.09 HAS BEEN DEPOSITED INTO THE COURT'S
SMALL DIVIDENDS FUNDS ACCOUNT**

Comes now the Chapter 7 Trustee, Rebecca Hoyt Fischer, and gives notice to Centennial Wireless, creditor herein, and deposits $6.09 into the Court Clerk's Small Dividend funds Account.

1. That the last known address for Centennial Wireless was:

    Centennial Wireless
     Attn:  Recovery   3811 Illinois Road, Suite #100
    Fort Wayne, IN  46804

2. That the distribution amount payable to Centennial Wireless for Claim No. 2 was $2.68 and the distribution amount payable to Centennial Wireless for Claim No. 3 was $3.40.

3. Under FRBP 3010, all dividends of less than $5.00 must be turned over to the clerk of the bankruptcy court;

DATED:  January 7, 2011              /s/ Rebecca H. Fischer
                                      Rebecca Hoyt Fischer
                                      Bar No. 10537-72
                                      112 West Jefferson Blvd., Ste. 310
                                      South Bend, IN 46601
                                      Telephone:  (574) 284-2354

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 7, 2011, a true and correct copy of the above and foregoing was served by electronic transmission upon the following parties:

U.S. Trustee  
USTPRegion10.SO.ECF@usdoj.gov

PRO SE

and by depositing same in the United States mail, correct postage prepaid, upon the following parties:

JOHN HERBER BRENNEMAN  
1333 S. 31ST STREET  
SOUTH BEND, IN 46615

Centennial Wireless  
Attn: Recovery  
3811 Illinois Rd., Suite #100  
Fort Wayne, IN 46804

United States Bankruptcy Court  
401 S. Michigan Street  
South Bend, IN 46601

                                          /s/ Rebecca H. Fischer  
                                          Rebecca Hoyt Fischer